**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Hilda L Solis,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:10-cv-02040-SNLJ** |
| | ) | |
| **Brian Lensing,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On October 27, 2010, the above styled cause was inadvertently assigned a case number for the

Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined

that the case should have been filed as a Northern Division case. Therefore, a Northern Division case

number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable E.

Richard Webber, U.S. District Judge.

Dated this 27th day of October, 2010.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**
**2:10-cv-00068-ERW.**